# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMIN FLAHERTY,<br><br>    Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA; LABORATORY CORPORATION OF AMERICA HOLDINGS; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00263-SPG-MAR<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br>**[ECF NO. 19]** |

    The Court, having considered the Parties' Stipulation for Dismissal of Complaint with Prejudice and finding good cause therefor, hereby GRANTS the Parties' Stipulation in its entirety and ORDERS as follows:

    1.    Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims asserted in this action are hereby dismissed with prejudice, including without limitation, all claims asserted in the complaint filed by Plaintiff against Defendants.

2. The parties will each bear their own costs and attorneys' fees associated with this action.

**IT IS SO ORDERED.**

DATED: August 21, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -